KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for BFP Investments 4, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BFP INVESTMENTS 4, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER; QUALITY LOAN SERVICE CORPORATION; DOES 1-10; ROE ENTITIES 1-10,<br><br>Defendants. | Case No. 2:22-cv-00287-JAD-DJA<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT** |

BFP Investments 4, LLC ("BFP") and Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar") hereby stipulate and agree as follows:

1. On February 16, 2022, BFP filed its complaint against Nationstar. [ECF No. 1].
2. On February 18, 2022, BFP served the complaint and summons on Nationstar. [ECF No. 6].
3. On March 16, 2022, BFP filed a motion for entry of default against Nationstar based on Nationstar's failure to file a responsive pleading. [ECF No. 10].
4. On April 8, 2022, the clerk of the court entered default against Nationstar. [ECF No. 11].
5. Without setting aside the default, Nationstar filed its answer on April 11, 2022. [ECF No. 12].

- 1 -

6. In order to move this case forward, the parties stipulate to set aside the default entered against Nationstar.

| Dated this 2nd day of June, 2022 | Dated this 2nd day of June, 2022. |
|---|---|
| **TROUTMAN PEPPER HAMILTON SANDERS LLP** | **HANKS LAW GROUP** |
| /s/ Brody R. Wight <br> Brody R. Wight, Esq. <br> Nevada Bar No. 13615 <br> 8985 S. Eastern Ave., Ste 200 <br> Las Vegas, NV 89123 <br> *Counsel for Nationstar Mortgage LLC* | /s/ Karen L. Hanks <br> Karen L. Hanks, Esq. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 Las Vegas, NV 89139 <br> *Counsel for BFP Investments 4, LLC* |

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE
June 14, 2022