KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for BFP Investments 4, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BFP INVESTMENTS 4, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER; QUALITY LOAN SERVICE CORPORATION; DOES 1-10; ROE ENTITIES 1-10,<br><br>Defendants. | Case No. 2:22-cv-00287-JAD-DJA<br><br>**STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE** |

The parties, by and through their undersigned counsel, stipulate and agree to the following:

1. On August 29, 2022, BFP issued written discovery to Nationstar.

2. Nationstar's responses were due on October 3, 2022.

3. However, due to an internal error, Nationstar's counsel was not made aware of the written discovery, and only learned about it on October 3, 2022 when BFP's counsel emailed and requested copies be emailed.

4. As a result, Nationstar requested a 30-day extension to respond to the written discovery, which BFP granted.

5. The parties desire to conduct preliminary discovery before attending a settlement conference.

/ / /

- 1 -

6. Therefore, the parties agree to vacate the settlement conference currently set for October 6, 2022.

7. The parties will contact the court once preliminary discovery is complete to re-schedule the settlement conference.

This stipulation is not entered into to cause delay or prejudice any party.

| HANKS LAW GROUP | TROUTMAN PEPPER HAMILTON SANDERS, LLP |
|---|---|
| /s/ Karen L. Hanks<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 758-8434<br>Email:  chantel@hankslg.com<br>Email:  karen@hankslg.com<br><br>*Attorneys for BFP Investments 4, LLC* | /s/ Brody R. Wight<br>Brody R. Wight, Esq.<br>Nevada Bar No. 13615<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Telephone: (470) 832-5586<br>Email: brody.wight@troutman.com<br><br>*Attorneys for Nationstar Mortgage, LLC dba Mr. Cooper* |

**ORDER**

**IT IS ORDERED:**

_____
U.S. MAGISTRATE JUDGE

DATED: October 5, 2022