1  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
2  E-mail: karen@hankslg.com
   CHANTEL M. SCHIMMING, ESQ.
3  Nevada Bar No. 8886
   E-mail: chantel@hankslg.com
4  HANKS LAW GROUP
   7625 Dean Martin Drive, Suite 110
5  Las Vegas, Nevada 89139
   Telephone: (702) 758-8434
6  *Attorneys for BFP Investments 4, LLC*

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10  BFP INVESTMENTS 4, LLC,                    Case No.  2:22-cv-00287-JAD-DJA

11                        Plaintiff,

12  vs.                                        **STIPULATION    AND    ORDER    OF
                                               DISMISSAL  AS  TO  QUALITY  LOAN
                                               SERVICE CORPORATION ONLY**
13  NATIONSTAR MORTGAGE LLC, d/b/a MR.
    COOPER; QUALITY LOAN SERVICE
14  CORPORATION; DOES 1-10; ROE                        ECF No. 28
    ENTITIES 1-10,
15
                          Defendants.
16

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

                              - 1 -

Plaintiff, BFP Investments 4, LLC and Defendant, Quality Loan Service Corporation, hereby stipulate and agree BFP's claims again Quality Loan Service Corporation be dismissed with prejudice, each side to bear their own attorneys' fees and costs.

| **HANKS LAW GROUP** | **McCARTHY & HOLTHUS, LLP** |
|---|---|

| */s/ Karen L. Hanks* | */s/ Matthew P. Pawlowski* |
|---|---|
| Karen L. Hanks, Esq. | Matthew P. Pawlowski Esq. |
| Nevada Bar No. 9578 | Nevada Bar No. 9889 |
| 7625 Dean Martin Drive, Suite 110 | 9510 W. Sahara Avenue, Suite 200 |
| Las Vegas, Nevada 89139 | Las Vegas, Nevada 89117 |
| Telephone: (702) 758-8434 | Telephone: (702) 685-0329 |
| Email:  karen@hankslg.com | Email: dcnv@mccarthyholthus.com |

*Attorneys for BFP Investments 4, LLC*          *Attorneys for Quality Loan Service Corporation*

### **ORDER**

Based on the stipulation between Plaintiff, BFP Investments 4, LLC and Defendant, Quality Loan Service Corporation **[ECF No. 28]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Quality Loan Service Corporation are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 22, 2023