BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
Tele: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 (Corporate Office)

*Attorneys for Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BFP INVESTMENTS 4, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; QUALITY LOAN SERVICE CORPORATION; DOES 1-10; ROE ENTITIES 1-10,<br><br>    Defendant. | Case No.  2:22-cv-00287-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DISPOSITIVE MOTION DEADLINE** |

Plaintiff BFP Investments 4, LLC (**BFP**) and Defendant Nationstar Mortgage LLC D/B/A Mr. Cooper (**Nationstar**), by their attorneys, hereby submit this Stipulation to extend the dipositive motion deadline.

Currently, the dispositive motion deadline is set for March 28, 2023, and discovery closed on February 28, 2023. Nationstar took BFP's deposition on the last day of discovery and has not yet received the transcripts for the deposition which are necessary to form a dispositive motion. Moreover, due to unplanned work absences, parties within Nationstar have been unavailable to review and approve draft dispositive motions. Therefore, Nationstar requests more time to file a

substantive motion. The parties have stipulated to extend the dispositive motion deadline two weeks. This stipulation is made in good faith and not for any dilatory motive such as to cause undue delay.

The parties' specific stipulations are as follows:

1. The deadline for all parties to file dispositive motions shall be extended from March 28, 2023, to April 11, 2023.

| DATED this 24th day of March 2023 | DATED this 24th day of March 2023 |
|---|---|
| **HANKS LAW GROUP** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ Karen L. Hanks* <br> Karen L. Hanks, Esq. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br><br> *Attorney for BFP Investments 4, LLC* | */s/ Brody R. Wight* <br> Brody R. Wight, Esq. <br> Nevada Bar No. 13615 <br> 8985 S. Eastern Ave., Ste. 200, <br> Las Vegas, NV 89123 (*Nevada Office*) <br> 600 Peachtree St. NE # 3000, Atlanta, GA 30308 <br><br> *Attorney for Nationstar Mortgage LLC* |

## **ORDER**

IT IS HEREBY ORDERED that the deadline for all parties to file dispositive motions shall be extended from March 28, 2023, to April 11, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Brody R. Wight*
Brody R. Wight, Esq.
Nevada Bar No. 13615
8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*)
600 Peachtree St. NE # 3000, Atlanta, GA 30308

*Attorney for Defendant Nationstar Mortgage LLC D/B/A Mr. Cooper*

145889493