BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tele: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 (Corporate Office)

*Attorneys for Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BFP INVESTMENTS 4, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; QUALITY LOAN SERVICE CORPORATION; DOES 1-10; ROE ENTITIES 1-10,<br><br>  Defendant. | Case No.  2:22-cv-00287-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DISPOSITIVE MOTION DEADLINE**<br><br>**SECOND REQUEST** |

Plaintiff BFP Investments 4, LLC (**BFP**) and Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper (**Nationstar**), by their attorneys, hereby submit this Stipulation to extend the dipositive motion deadline.

Currently, the dispositive motion deadline is set for April 11, 2023, and discovery closed on February 28, 2023. Nationstar took BFP's deposition on the last day of discovery and did not receive the transcripts for the deposition, which are necessary to form a dispositive motion, until April 6, 2023. Moreover, due to unplanned work absences, parties within Nationstar have been unavailable to review and approve draft dispositive motions. Finally, co-counsel for Nationstar left the firm on March 31, 2023, and counsel has been dealing with the unplanned assignment of

numerous cases that has delayed its dispositive motion. Therefore, Nationstar requests more time to file a substantive motion.

Counsel for BFP also needs an extension. Counsel has sent the brief for client revisions, but has been unable to complete the necessary revisions by the deadline due to illness.

For the above reasons, the parties have stipulated to extend the dispositive motion deadline two weeks. This stipulation is made in good faith and not for any dilatory motive such as to cause undue delay.

The parties' specific stipulations are as follows:

1. The deadline for all parties to file dispositive motions shall be extended from April 11, 2023, to April 24, 2023.

| DATED this 7th day of April 2023 | DATED this 7th day of April 2023 |
|---|---|
| **HANKS LAW GROUP** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ Karen L. Hanks* <br> Karen L. Hanks, Esq. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br><br> *Attorney for BFP Investments 4, LLC* | */s/ Brody R. Wight* <br> Brody R. Wight, Esq. <br> Nevada Bar No. 13615 <br> 8985 S. Eastern Ave., Ste. 200, <br> Las Vegas, NV 89123 (*Nevada Office*) <br> 600 Peachtree St. NE # 3000, Atlanta, GA 30308 <br><br> *Attorney for Nationstar Mortgage LLC* |

## **ORDER**

IT IS HEREBY ORDERED that the deadline for all parties to file dispositive motions shall be extended from April 11, 2023 to April 24, 2023.

                        DANIEL J. ALBREGTS
                        UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Brody R. Wight*
Brody R. Wight, Esq.
Nevada Bar No. 13615
8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*)
600 Peachtree St. NE # 3000, Atlanta, GA 30308

*Attorney for Defendant Nationstar Mortgage LLC D/B/A Mr. Cooper*

148380853

145889493

-3-