BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tele: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 (Corporate Office)

*Attorneys for Defendant Nationstar Mortgage LLC
d/b/a Mr. Cooper*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BFP INVESTMENTS 4, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; QUALITY LOAN SERVICE CORPORATION; DOES 1-10; ROE ENTITIES 1-10,<br><br>      Defendant. | Case No.  2:22-cv-00287-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE DISPOSITIVE MOTION DEADLINE**<br><br>**THIRD REQUEST**<br><br><br>**ECF No. 34** |

Plaintiff BFP Investments 4, LLC (**BFP**) and Defendant Nationstar Mortgage LLC D/B/A Mr. Cooper (**Nationstar**), by their attorneys, hereby submit this Stipulation to extend the dispositive motion deadline.

Currently, the dispositive motion deadline is set for April 24, 2023, and discovery closed on February 28, 2023. Nationstar took BFP's deposition on the last day of discovery and did not receive the transcripts for the deposition, which are necessary to form a dispositive motion, until April 6, 2023. Moreover, due to unplanned work absences, parties within Nationstar have been unavailable to review and approve draft dispositive motions. Finally co-counsel for Nationstar left the firm on March 31, 2023, and counsel has been dealing with the unplanned assignment of numerous cases that has delayed its

dispositive motion. Finally, counsel has to unexpectedly leave town between April 20th and April 24th. Therefore, Nationstar requests more time to file a substantive motion.

For the above reasons, the parties have stipulated to extend the dispositive motion deadline two weeks. This stipulation is made in good faith and not for any dilatory motive such as to cause undue delay.

The parties' specific stipulations are as follows:

1.      The deadline for all parties to file dispositive motions shall be extended from April 24, 2023, to May 1, 2023.

| DATED this 20th day of April 2023 | DATED this 20th day of April 2023 |
|---|---|
| **HANKS LAW GROUP** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ Karen L. Hanks*<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139 | */s/ Brody R. Wight*<br>Brody R. Wight, Esq.<br>Nevada Bar No. 13615<br>8985 S. Eastern Ave., Ste. 200,<br>Las Vegas, NV 89123 (*Nevada Office*)<br>600 Peachtree St. NE # 3000, Atlanta, GA 30308 |
| *Attorney for BFP Investments 4, LLC* | *Attorney for Nationstar Mortgage LLC* |

**IT IS SO ORDERED.**

_____
**U.S. District Judge Jennifer A. Dorsey**
**April 21, 2023**