BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tele: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 (Corporate Office)

*Attorneys for Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BFP INVESTMENTS 4, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; QUALITY LOAN SERVICE CORPORATION; DOES 1-10; ROE ENTITIES 1-10,<br><br>　　　　　Defendant. | Case No.  2:22-cv-00287-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND NATIONSTAR'S DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**FIRST REQUEST       ECF No. 38** |

　　　Plaintiff BFP Investments 4, LLC (**Plaintiff**) and Defendant Nationstar Mortgage LLC D/B/A Mr. Cooper (**Nationstar**), by their attorneys, hereby submit this Stipulation to extend the Nationstar's deadline to respond to Plaintiff's Motion for Summary Judgment.

　　　Currently, the response deadline is set for May 12, 2023. Co-counsel for Nationstar left the firm on March 31, 2023, and counsel has been dealing with the unplanned assignment of numerous cases that has delayed its ability to adequately attend to Plaintiff's motion. Therefore, Nationstar requests more time to file a response.

　　　For the above reasons, the parties have stipulated to extend the deadline for Nationstar to oppose Plaintiff's motion for summary judgment. This stipulation is made in good faith and not for any dilatory motive such as to cause undue delay.

The parties' specific stipulations are as follows:

1. The deadline for Nationstar to their response to Plaintiff's Motion for Summary Judgment is extended from May 12, 2023, to June 1, 2023.

| DATED this 4th day of May 2023 | DATED this 4th day of May 2023 |
|---|---|
| **HANKS LAW GROUP** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ Karen L. Hanks* <br> Karen L. Hanks, Esq. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br><br> *Attorney for BFP Investments 4, LLC* | */s/ Brody R. Wight* <br> Brody R. Wight, Esq. <br> Nevada Bar No. 13615 <br> 8985 S. Eastern Ave., Ste. 200, <br> Las Vegas, NV 89123 (*Nevada Office*) <br> 600 Peachtree St. NE # 3000, Atlanta, GA 30308 <br><br> *Attorney for Nationstar Mortgage LLC* |

## **ORDER**

Based on the parties' stipulation [ECF No. 38] and good cause appearing, IT IS ORDERED that the deadline for Nationstar to file their response to Plaintiff's Motion for Summary Judgment is extended from May 12, 2023, to June 1, 2023.

                                                             5/10/23

UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Brody R. Wight*
Brody R. Wight, Esq.
Nevada Bar No. 13615
8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*)
600 Peachtree St. NE # 3000, Atlanta, GA 30308

*Attorney for Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper*