Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for BFP Investments 4, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BFP INVESTMENTS 4, LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER; QUALITY LOAN SERVICE CORPORATION; DOES 1-10; ROE ENTITIES 1-10,<br><br>           Defendants. | Case No. 2:22-cv-00287-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE**<br><br>[ECF No. 40] |

The parties, by and through their undersigned counsel, stipulate and agree that BFP shall have up to and including June 13, 2023 to file its response to Nationstar's motion for summary judgment [ECF No. 37]. The current deadline is May 22, 2023. BFP seeks the request because BFP's counsel had jury duty, was out of the jurisdiction attending the U.S. District Court conference, and had no internet for a whole day while new installation occurred at her office. These events significantly cut into counsel's time to draft the response.

///

///

///

///

///

///

///

- 1 -

The request is not made with the intent to delay or cause prejudice.

| HANKS LAW GROUP | TROUTMAN PEPPER HAMILTON SANDERS, LLP |
|---|---|
| /s/ Karen L. Hanks<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 758-8434<br>Email: karen@hankslg.com | /s/ Brody R. Wight<br>Brody R. Wight, Esq.<br>Nevada Bar No. 13615<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Telephone: (470) 832-5586<br>Email: brody.wight@troutman.com |
| *Attorneys for BFP Investments 4, LLC* | *Attorneys for Nationstar Mortgage, LLC dba Mr. Cooper* |

## ORDER

IT IS ORDERED that plaintiff's deadline to file a response to the pending motion for summary judgment is extended to June 13, 2023.

_____
U.S. DISTRICT COURT JUDGE

DATED: May 18, 2023