**SAO**
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for BFP Investments 4, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BFP INVESTMENTS 4, LLC, | Case No. 2:22-cv-00287-JAD-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINES** |
| NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER; QUALITY LOAN SERVICE CORPORATION; DOES 1-10; ROE ENTITIES 1-10, | **(First Request)** |
| Defendants. | ECF Nos. 43, 44 |

The parties, by and through their undersigned counsel, stipulate and agree that BFP shall have up to and including July 13, 2023 to file its reply in support of its motion for summary judgment. [ECF No. 36]. The current deadline is June 15, 2023. BFP's counsel will be out of the jurisdiction from June 14 through June 26.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

The request is not made with the intent to delay or cause prejudice.

Dated June 8, 2023.

**HANKS LAW GROUP**

**TROUTMAN   PEPPER   HAMILTON SANDERS, LLP**

*/s/ Karen L. Hanks*
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
Email:  karen@hankslg.com

*/s/ Brody R. Wight*
Brody R. Wight, Esq.
Nevada Bar No. 13615
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (470) 832-5586
Email: brody.wight@troutman.com

*Attorneys for BFP Investments 4, LLC*

*Attorneys for Nationstar Mortgage, LLC dba Mr. Cooper*

## ORDER

Based on the parties' stipulations [ECF Nos. 43, 44] and good cause appearing, IT IS ORDERED that BFP's deadline to file a reply in support of its motion for summary judgment [ECF No. 36] is extended  to July 13, 2023; and its deadline to oppose Nationstar's motion for summary judgment [ECF No. 37] is extended to June 30, 2023.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 9, 2023