BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tele: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 (Corporate Office)

*Attorneys for Defendant Nationstar Mortgage LLC
d/b/a Mr. Cooper*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BFP INVESTMENTS 4, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; QUALITY LOAN SERVICE CORPORATION; DOES 1-10; ROE ENTITIES 1-10,<br><br>    Defendant. | Case No.  2:22-cv-00287-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT DEADLINE**<br><br><br>ECF No. 47 |

Plaintiff BFP Investments 4, LLC (**BFP**) and Defendant Nationstar Mortgage LLC D/B/A Mr. Cooper (**Nationstar**), by their attorneys, hereby submit this Stipulation to extend Nationstar's deadline to file their Reply to their Motion for Summary Judgment.

Currently, the reply deadline is set for July 14, 2023. The parties have stipulated to extend the reply deadline two weeks. Nationstar seeks the extension because several reviewing individuals within Nationstar are leaving on vacation and will be unable to review and approve the reply by the current deadline.  This stipulation is made in good faith and not for any dilatory motive such as to cause undue delay.

///

159544081v1

The parties' specific stipulations are as follows:

1.     The deadline for Nationstar to file its reply to the motion for summary judgment shall be extended from July 14, 2023, to July 28, 2023.

| DATED this 6th day of July 2023 | DATED this 6th day of July 2023 |
|---|---|
| **HANKS LAW GROUP** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ Karen L. Hanks*<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139 | */s/ Brody R. Wight*<br>Brody R. Wight, Esq.<br>Nevada Bar No. 13615<br>8985 S. Eastern Ave., Ste. 200,<br>Las Vegas, NV 89123 (*Nevada Office*)<br>600 Peachtree St. NE # 3000, Atlanta, GA 30308 |
| *Attorney for BFP Investments 4, LLC* | *Attorney for Nationstar Mortgage LLC*<br>*dba Mr. Cooper* |

## <u>ORDER</u>

Based on the parties' stipulation [ECF No. 47] and good cause appearing, IT IS ORDERED that the deadline for Nationstar to file its Reply in support of its Motion for Summary Judgment is extended from July 14, 2023, to July 28, 2023.

_____

UNITED STATES DISTRICT COURT


Respectfully submitted by:

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Brody R. Wight*
Brody R. Wight, Esq.
Nevada Bar No. 13615
8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*)
600 Peachtree St. NE # 3000, Atlanta, GA 30308

*Attorney for Defendant Nationstar Mortgage LLC*
*D/B/A Mr. Cooper*

-2-

159544081

159544081v1